ALTAIR INSTRUMENTS, INC.,
Plaintiff–Appellee,

v.

NEWCELL–TECHNOLOGIES,
Defendant–Appellant,

and

Jose Aguila (doing business
as Newcell–Technologies),
Defendant–Appellant.

No. 05–1489.

United States Court of Appeals,
Federal Circuit.

Aug. 30, 2005.

Jose Aguila, pro se.

*ORDER*

On August 10, 2005 the court issued an
order allowing 14 days for any party to

object to the dismissal of this appeal. No party has responded within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed as moot.

(2) Each side shall bear its own costs.